IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:14cr-00295-BR-2 |
| Plaintiff, | ORDER GRANTING MOTION TO REDUCE SENTENCE |
| vs. | |
| DONA SOUKSAMAY SINVIENGXAY, | |
| Defendant. | |

This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served effective ten days, or the next following Monday if ten days elapses on a Saturday or Sunday, after this order is issued, followed by a five-year term of supervised release.

The parties agree that Ms. Sinviengxay should release to a residential reentry center. The Court adds the following special condition of supervised release: (1) Must reside in and participate in the program of a residential reentry center for not more than 120 days, to be released at the direction of the probation officer; (2) Must follow the rules and regulations of the center that may

PAGE 1.   ORDER APPOINTING COUNSEL

include location monitoring; (3) and, upon release from the residential reentry center, will remain on home confinement until March 18, 2024.

The Court concludes that the defendant does not pose a danger to any other person or the community. This sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements.

The Court therefore GRANTS the Joint Motion to Reduce Sentence.

IT IS HEREBY ORDERED that an amended judgment and commitment order shall be prepared and entered in this case in accordance with this decision.   The amended judgement will not become effective until ten days after it is entered on the docket unless that date is a Saturday or Sunday, in which case the order will be effective the following Monday.

DATED this 6th day of January, 2021.

/s/ Anna J. Brown

The Honorable Anna J. Brown
United States Senior District Court Judge